FALENTINE HILL *et al.,* v. MRS. A. S. EHRLICH.

**No. 13,001.**   (71 Pac. 1127.)

Error from Marion district court; O. L. MOORE, judge. Opinion filed March 7, 1903.   Affirmed.

66   785
Case 1
f77   694

*Dickerson & Miesse,* for plaintiffs in error.
*S. Burkholder,* for defendant in error.

*Per Curiam:* The only question involved in this lawsuit is whether the plaintiffs in error abandoned their homestead prior to the levy of an execution thereon.   This is solely a question of fact.   There was considerable conflicting evidence introduced in the court below from which the trial court found against the claim of plaintiffs in error.   This court has frequently held that it will not disturb the finding of the lower court made on contradictory evidence.

The judgment of the court below is affirmed.